USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12/17/19

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

POLARIS IMAGES CORPORATION,

Plaintiff,

-against-

FOX NEWS NETWORK, LLC.,

Defendant.

19-CV-6582 (LAP) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

Due to an unavoidable conflict on the Court's calendar, and as the parties discussed with the Court's staff, the settlement conference scheduled for **December 18, 2019, at 2:15 p.m.** is ADJOURNED *sine die*. No later than **December 20, 2019**, the parties shall file a joint letter updating the Court on which of the following dates the parties and their counsel are available for a rescheduled settlement conference: January 9, 16, 22, or 23, 2020.[1]

Dated: New York, New York
December 17, 2019

**SO ORDERED.**

_____
**BARBARA MOSES**
**United States Magistrate Judge**

---

[1] As the Court's staff discussed with the parties, the Court is also available for a rescheduled settlement conference this Friday, December 20, 2019, at 10:30 a.m. If the parties and their counsel are available and wish for the Court to conduct a settlement conference at that time, they shall file their joint letter making that request no later than **December 18, 2019, at noon**.