USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12/18/19

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

POLARIS IMAGES CORPORATION,

    Plaintiff,

-against-

FOX NEWS NETWORK, LLC.,

    Defendant.

19-CV-6582 (LAP) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

The settlement conference previously scheduled for December 18, 2019, at 2:15 p.m. is RESCHEDULED to **January 22, 2020, at 2:15 p.m.** All other provisions of the Court's Order Scheduling Settlement Conference (Dkt. No. 15) remain in effect.

Dated: New York, New York
December 18, 2019

**SO ORDERED.**

**BARBARA MOSES**
**United States Magistrate Judge**