# Mintz & Gold LLP
### Attorneys at Law

Steven W. Gold
Steven G. Mintz*
Alan Katz
Jeffrey D. Pollack*
Elliot G. Sagor
Ira Lee Sorkin
Lon Jacobs
Steven A. Samide
Scott A. Klein
Terence W. McCormick
Robert B. Lachenauer
Roger L. Stavis
Charles A. Ross**
Kevin W. Goering
Richard M. Breslow
Kevin M. Brown
Alexander H. Gardner
Heath Loring
Peter Guirguis
Timothy H. Wolf**
Andrew R. Gottesman
Ryan W. Lawler*
Adam K. Brody
Maria Eva Garcia*
Gabriel Altman
Andrew E. Steckler
Alex J. Otchy*
CeCe M. Cole

*Also Admitted in New Jersey
**Also Admitted in Florida

600 Third Avenue
25th Floor
New York, New York 10016

Telephone (212) 696-4848
Facsimile (212) 696-1231

www.mintzandgold.com

*SENIOR COUNSEL*
Jack A. Horn
Noreen E. Cosgrove
Matthew S. Seminara
Timothy J. Quill, Jr.
Julia B. Milne

*OF COUNSEL*
Honorable Vito J. Titone *(dec.)*
(NY State Court of Appeals 1985-1998)

Harvey J. Horowitz *(dec.)*

Honorable Howard Miller
(NY Appellate Div. 1999-2010 [ret.])

Amit Sondhi*
Eric M. Kutner
Neal M. Goldman
Andrew P. Napolitano✝

✝Admitted to Practice Only Before all Courts in New Jersey and all Federal Courts in New York City

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1-21-20
```

January 21, 2020

Via CM/ECF

Hon. Loretta A. Preska
United States District Judge
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

Hon. Barbara C. Moses
United States Magistrate Judge
United States District Court
500 Pearl St.
New York, NY 10007-1312

Polaris Images Corporation v. Fox News Network, LLC,
Case No. 1:19-cv-06582 (LAP)

Dear Judge Preska and Judge Moses:

This firm represents Defendant Fox News Network, LLC. We write on behalf of both parties.

Please know that the parties have reached a settlement in principle and hereby jointly request that this Court administratively dismiss the action with leave to reopen the

## MINTZ & GOLD LLP
ATTORNEYS AT LAW

Hon. Loretta A. Preska
Hon. Barbara C. Moses
January 21, 2020
Page Two

case in thirty (30) days from today's date if the parties have not submitted their final notice of dismissal by such time.

Inasmuch as this matter had been set down for a settlement conference tomorrow afternoon, January 22, 2020, the parties further request that the settlement conference be marked off the calendar.

The Court's consideration is much appreciated.

Respectfully submitted,

*Terence W. McCormick*

Terence W. McCormick

Cc: Richard Liebowitz, Esq.
*Counsel for Plaintiff*

So ordered. The Clerk of the Court shall mark this action closed, subject to reopening within 30 days if the settlement is not effected, and all pending motions denied as moot.

*Loretta A. Preska*
1/21/20